AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
TAYLOR, EMILIO
29 EDGEMERE AVE

PROVIDENCE, RI 02909

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: RI50 1111263/264

USM NUMBER:

PRO SE
Defendant's Attorney

**THE DEFENDANT:** TAYLOR, EMILIO

☐ **THE DEFENDANT** pleaded guilty to count(s) ____________

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR 1.218(b)30 | Failure to Stop at a Stop Sign | 5/12/08 | I |
| 38 CFR 1.218(b)33 | Operating a Vehicle in a Reckless Manner | 5/12/08 | II |

☐ Count(s) ____________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court due by 8/31/08

| | | Assessment | Fine | Processing Fee |
|---|---|---|---|---|
| **Total:** | $125.00 | $ | $ | $ |
| | Count I | | $25 | $25 |
| | Count II | | $50 | $25 |

Defendant's Soc. Sec. No.: ____________

07/17/2008
Date of Imposition of Judgment

Defendant's Date of Birth: ____________

[signature]
Signature of Judge

Defendant's Residence Address:

LINCOLN D. ALMOND, US MAGISTRATE JUDGE
Name and Title of Judge

7/17/08
Date

Defendant's Mailing Address: