I Emilio A. Taylor am requesting an appeal, for the fact that I was wrongly accused of not stopping and Reckless driving at the V.A. Hospital. I was stopped for noproptible cause and charged for not stopping at two different Stop signs, In addition, reckless driving. To add my thoughts and opinion to this matter, I have the upmost respect for the employees of this hospital and the patients who, sadly, have to continue their medical care in the V.A. my father was a veteran and spent most of his life after the war attending this hospital And the care they gave him was something I always remember while traveling through the Road going through the V.A. So, speeding, and Reckless driving is not something I would do in or around the V.A. I have a good drivers record and was not givin the option of using my good driving record, even though the acusations are inaccurate.

Emilio A Taylor 7-25-08

29 EDGEMERE AVE APT#3
PROV. RI 02909

270.3281
~~271-7111~~